**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

David Emile Marcantel
Marcantel, Marcantel, etc.
302 E Nezpique St
Jennings LA 70546

> Judgment on rehearing rendered and
> mailed to all parties or counsel of
> record on April 14, 2021

**REHEARING ACTION: April 14, 2021**

**Docket Number: 20   00221-CA**

**REVERAND FRANKLIN FONDEL, SR.**
**VERSUS**
**RAYMOND FONDEL, JR. INDV. AND AS**
**ADMINISTRATOR OF THE SUCCESSION OF**
**RAYMOND M. FONDEL,SR.**

**Appealed from Calcasieu Parish Case No. 2016-5419**

**BEFORE JUDGES:**

  **Hon. Van H. Kyzar**
  **Hon. Sharon D. Wilson**
  **Hon. Charles G. Fitzgerald**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Succession of Raymond M. Fondel, Sr.** has this day been

  **DENIED.**

cc: Shane K. Hinch, Counsel for the Appellee
    Heath J. Dorsey, Counsel for the Appellee
    Kenneth Michael Wright, Counsel for the Appellant
    James Wade Smith, Counsel for the Appellee
    Robert Julius Williams, Counsel for the Appellee